# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DAVID CONWAY, | : | |
| Petitioner, | : | Case No. 3:10cv00150 |
| -vs- | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| WARDEN, London Correctional Institution, | : | |
| | : | |
| Respondent. | | |
| | : | |

# DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #10), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations. Accordingly, it is hereby

**ORDERED** that:

1. The Report and Recommendations docketed on November 28, 2011 (Doc. #10) is ADOPTED in full;

2. David Conway's Petition for Writ of Habeas Corpus (Doc. #3) is DENIED and DISMISSED;

3. Petitioner is DENIED leave to appeal *in forma pauperis* and any requested certificate of appealability is DENIED; and

4. This case is terminated on the docket of this Court.

December 28, 2011                                             *s/THOMAS M. ROSE*

                                                              _____
                                                                        Thomas M. Rose
                                                                  United States District Judge